THE PEOPLE OF THE STATE OF NEW YORK ex rel. RUTH PATTERSON, Appellant, against BOARD OF EDUCATION OF THE CITY OF SYRACUSE et al., Respondents.

Submitted May 27, 1946; decided June 13, 1946.

Motion by appellant to amend remittitur and to clarify the opinion denied. The phrase " less any compensation earned by her ", as used in our opinion, means " less any properly deductible compensation ". [See 295 N. Y. 313.]